IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DAVID WILLIAMS, PLAINTIFF
ADC #78730

v. 5:05CV00048HLJ

LARRY NORRIS, et al. DEFENDANTS

ORDER

The Court has received proposed findings and recommendations from Magistrate Judge Henry L. Jones, Jr. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a de novo review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that plaintiff's motion for preliminary injunctive relief (DE #21) is hereby DENIED.

IT IS SO ORDERED this 20th day of July, 2005.

_____
UNITED STATES DISTRICT JUDGE