IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DAVID WILLIAMS                                                                                              PLAINTIFF
ADC #78730

VS.                                    CASE NO. 5:05CV00048 JMM

LARRY NORRIS, et al.                                                                                    DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr. After careful review of the findings and recommendations and the timely objections thereto, as well as a de novo review of the record, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety.

IT IS, THEREFORE, ORDERED that Plaintiff's motion for partial summary judgment (DE #39) is hereby DENIED.

SO ORDERED this 7th day of September, 2005.

_____
UNITED STATES DISTRICT JUDGE