IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
SEP 14 2005
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
OCT 05 2005
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

David Williams                                      Plaintiff

v.       NO. 5:05CV00048

Larry Norris, et al.                                Defendants

to amend

AMENDED COMPLAINT

~~Plaintiff's Motion For Supplemental Jurisdiction~~

Greetings, David Williams, plaintiff comes now with his, "Plaintiff's Motion For Supplemental Jurisdiction":

1. Arkansas Code Annotated § 12-27-101, is the applicable state statute in the case. Arkansas Department of Correction Defendants are sworn to uphold the Constitution and Laws of the State of Arkansas.

Case 5:05-cv-00048-JMM-HLJ   Document 86   Filed 09/14/2005   Page 1 of 1

Wherefore, plaintiff prays this court For Supplemental Jurisdiction, be granted.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of Perjury that the foregoing is TRUE and CORRECT.
Executed this 13 day of September, 2005.

Humbly Requested,
David Williams
David Williams #78730
P.O. Box 400, VSM
Grady, AR. 71644

Certificate Of Service

I, David Williams, do hereby certify that I have served a copy of the foregoing pleading on the following parties by placing a copy of the same in the U.S. Mail postage prepaid, this 13 day of September, 2005:

A. Attorney General Christine Cryer
323 Center Street, Suite 1100
Little Rock, AR. 72201

David Williams
Plaintiff