IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DAVID WILLIAMS,
ADC #78730                                                                                                      PLAINTIFF

v.                                          5:05CV00048HLJ

LARRY NORRIS, et al.                                                                                     DEFENDANTS

## ORDER

In anticipation of the Evidentiary Hearing scheduled in this case for January 13, 2009, in Little Rock, Arkansas, plaintiff has submitted a witness list requesting thirteen witnesses (DE #254). Defendants did not file a response. Having reviewed the plaintiff's request, the Court finds that the following witnesses will be allowed:

   1) Inmate Robert Preston, ADC #98177;

   2) Inmate William Gullion, ADC #104309;

   3) All defendants, including Tim Moncrief;

   4) Randy Watson;

   5) Steve Outlaw; and

   6) John Whaley.

The remaining requested witnesses will not be allowed because their testimony is either duplicative of the above-named witnesses, or not relevant to the sole issue at trial.

The Arkansas Department of Correction is hereby directed to ensure the attendance of the plaintiff, together with his institutional file, and the above-named witnesses at the January 13, 2009 hearing.

IT IS SO ORDERED this 6th day of January, 2009.

_____
United States Magistrate Judge