IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DAVID WILLIAMS                                                                                    PLAINTIFF
ADC #78730

VS.                              CASE NO. 5:05CV00048 JMM

LARRY NORRIS, et al.                                                                        DEFENDANTS

## **ORDER**

The Court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr. After careful review of the findings and recommendations and the timely objections thereto, as well as a de novo review of the record, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety.

IT IS, THEREFORE, ORDERED that defendants' motion for partial summary judgment (DE #251) is hereby GRANTED IN PART with respect to defendants Norris and Brewer, and DENIED with respect to defendant Hobbs.

SO ORDERED this 6th day of January, 2009.

_____
UNITED STATES DISTRICT JUDGE