```
            IN THE UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF ARKANSAS
                     PINE BLUFF DIVISION


DAVID WILLIAMS                                        PLAINTIFF


vs.             Civil Case No. 5:05CV00048 HLJ


LARRY NORRIS, et al.                                 DEFENDANTS
```

**ORDER**

The court has determined that Plaintiff and the court will benefit if counsel is appointed for Plaintiff. Mr. Michael Moore, Attorney at Law, has agreed to take the appointment.

IT IS ORDERED that Mr. Michael Moore, of Friday, Eldredge & Clark, LLP, 400 West Capitol Avenue, Suite 2000, Little Rock, AR, telephone number 501-370-1526, is hereby appointed, in conformity with Rule 83.7 of the Local Rules for the Eastern and Western Districts of Arkansas, to represent Plaintiff in all further proceedings.

THE CLERK IS DIRECTED to send counsel a copy of this Order and Local Rule 83.7. Counsel shall access the file from CM/ECF. If counsel is unable to obtain the file from CM/ECF, counsel should contact Ms. Tenesha Jones, Courtroom Deputy, at 501-604-5174, and

a copy of the file, or any portion thereof, will be provided free of charge.

SO ORDERED this 29th day of April, 2009.

*Henry L. Jones, Jr.*
United States Magistrate Judge