IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DAVID WILLIAMS                                                                                          PLAINTIFF

Vs.                                       CASE NO.   5:05cv00048 JMM

RAY HOBBS, et al                                                                                    DEFENDANTS

## ORDER

On April 29, 2009, Michael Moore was appointed to represent Plaintiff in the above case. Objections to the pending partial recommended disposition are due May 6, 2009. For good cause shown, Mr. Moore's oral request to extend the time to file objections is granted. The parties shall have until May 23, 2009, to file objections.

IT IS SO ORDERED this 5th day of May, 2009.


_____
UNITED STATES DISTRICT JUDGE