IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DAVID WILLIAMS                                                                          PLAINTIFF

VS.                           CASE NO. 5:05-CV-00048 JMM/HLJ

RAY HOBBS, ET AL                                                                        DEFENDANT

## ORDER

The Court having determined a transcript is necessary in the instant case, the clerk is Ordered to issue a check to On the Record Recording and Transcription Service, in the amount of $148.80 for the transcript submitted on 30th day of April, 2009.

IT IS SO ORDERED, this    13th    day of    May   , 2009.

*Henry L. Jones, Jr.*
UNITED STATES MAGISTRATE JUDGE