IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DAVID WILLIAMS,
ADC #78730                                                                                                PLAINTIFF

v.                                        5:05CV00048JMM/HLJ

LARRY NORRIS, et al.                                                                          DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr.. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that plaintiff's motion for declaratory judgment and preliminary injunctive relief (DE #290) is hereby DENIED without prejudice.

IT IS SO ORDERED this 26th day of May, 2009.

_____
UNITED STATES DISTRICT JUDGE