IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**DAVID WILLIAMS, ADC #78730**                                                                 **PLAINTIFF**

V.                                    **5:05CV00048 JMM**

**LARRY NORRIS, ET AL,**                                                                        **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered this day, Judgment is hereby entered in favor of the Plaintiff and against Defendants Harmon, James, Evans, Harris and Moncrief in the amount of $36.

IT IS SO ORDERED this 28th day of June, 2013.

*[signature]*
James M. Moody
United States District Judge